IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 07-cr-00041-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE ALFREDO SANCHEZ-GUSMAN,

    Defendant.

---

## ORDER SETTING TRIAL DATES

---

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Friday, April 13, 2007 at 9:00 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a three-day jury trial is set for **Monday, April 23, 2007 at 1:30 p.m.**

    DATED:  February 22, 2007

                                                  BY THE COURT:

                                                  *s/ Phillip S. Figa*

                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge