UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00041-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOSE ALFREDO SANCHEZ-GUSMAN,

       Defendant.

## ORDER ON UNOPPOSED MOTION FOR "ENDS OF JUSTICE" CONTINUANCE AND FOR RESET OF FINAL TRIAL PREPARATION CONFERENCE

THIS MATTER is before the Court on the Unopposed Motion for "Ends of Justice" Continuance and for Reset of Final Trial Preparation Conference **(#15).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#15) is GRANTED IN PART.** The final trial preparation conference currently set for **April 13, 2007 is VACATED** and reset to **April 12, 2007 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The Court reserves ruling on the continuance of the trial.

Dated this 9th day of April, 2007

                        **BY THE COURT:**

                        *Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge